IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN 2 2 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 18-24-BLG-TJC |
| Plaintiff, | MJ 18-25-BLG-TJC |
| vs. | **ORDER** |
| TYLER H. CAHOONE, | |
| Defendant. | |

Defendant appeared before the Court on June 22, 2018, for an initial appearance. Defendant shall be released after processing by the United States Marshal Service, on the condition that he contact the Federal Defender's office no later than June 26, 2018 to obtain the dates for his appearances in the Western District of Washington and the Eastern District of California.

DATED this 22nd day of June 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge